## JONES, Plaintiff-Appellee v BOARD OF COUNTY COMMISSIONERS, Defendant-Appellant.

Ohio Appeals, 2nd District, Franklin County.

No. 3535. Decided December 30th, 1942.

B. B. Bridge, Columbus, and Paul R. Gingher, Columbus, for plaintiff-appellee.

Ralph J. Bartlett, Pros. Atty., Columbus; Forrest F. Smith, Asst. Pros. Atty., Columbus; Edmund B. Paxton, Asst. Pros. Atty., Columbus, for defendant-appellant.

## OPINION

BY THE COURT:

Submitted on motion of appellee to dismiss the appeal for failure of appellant to file briefs and assignments of erorr as provided by Rule VII of this Court.

The 50 days from the filing of the notice of appeal elapsed October 29. 1942 and no briefs were then filed and none have been tendered since.

Appellant has filed no answering brief to the motion to dismiss although more than 10 days have elapsed since notice given of the filing of the motion.

Therefore, no good cause appears why the motion should not be sustained.

Motion sustained. Appeal dismissed.

GEIGER, PJ., BARNES & HORNBECK, JJ., concur.